ORIGINAL

FILED
JAN 17 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BANK OF GUAM,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No:<br>**DISCLOSURE STATEMENT**<br>07- 32 C |

Pursuant to Rule 7.1, Rules of the United States Court of Federal Claims, Plaintiff, the Bank of Guam, certifies that it has no parent corporation and that there is no publicly held corporation that owns ten percent or more of its stock.

Dated: January 12, 2007

By: ______________________

KURT W. MELCHIOR, ESQ.
Nossaman, Guthner, Knox & Elliott, LLP
Phone: (415) 398-3600
Facsimile: (415) 398-2438
ATTORNEY OF RECORD FOR PLAINTIFF
BANK OF GUAM

OF COUNSEL

JEROME SAPIRO, JR., ESQ.
DAVID A. SAUERS, ESQ.
The Sapiro Law Firm
Phone: (415) 771-0100
Fax: (415) 771-3142

KATRINA J. LEE, ESQ.
Nossaman, Guthner, Knox &
Elliott, LLP
Phone: (415) 398-3600
Facsimile: (415) 398-2438

210912_1.DOC