IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BANK OF GUAM,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-32C<br>(Judge Braden) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian A. Mizoguchi as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Brian A. Mizoguchi
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Dated: February 1, 2007

s/Brian A. Mizoguchi
Brian A. Mizoguchi
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 305-3319
Telecopier:(202) 305-7643

CERTIFICATE OF FILING

I hereby certify that on February 1, 2007, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian A. Mizoguchi