# In the United States Court of Federal Claims

No. 07-32C

Filed: March 12, 2007

| | |
|---|---|
| BANK OF GUAM, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Defendant's March 8, 2007 Unopposed Motion for An Enlargement of Time is, hereby, granted. Defendant shall have an additional thirty days, through April 18, 2007, to file a response to Plaintiff's January 17, 2007 Complaint.

**IT IS SO ORDERED**.

s/Susan G. Braden

SUSAN G. BRADEN

Judge