IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BANK OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No: 07-32C<br>(Judge Braden) |

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Bank of Guam, pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, respectfully requests that the May 20, 2007 date by which plaintiff's opposition to the motion of the United States to dismiss the complaint pursuant to Rule 12(b) is due, be enlarged by 30 days to and including June 20, 2007. This is plaintiff's first requested enlargement. We consulted about this request with defendant's counsel of record, who advised us that the request will not be opposed.

The request is necessary because of scheduling commitments and personnel changes in plaintiff's legal staff assigned to this matter. Katrina Lee is a partner at the Nossaman law firm who has been working as the principal attorney assisting Kurt Melchior, counsel of record for plaintiff. Ms. Lee is expecting to deliver a child within the next two weeks and has just commenced her maternity leave. Mr. Melchior has made arrangements to have another attorney, Sophie Nicole Froelich, fill in for Ms. Lee in this

work, but Ms. Froelich needs time to get up to speed. Meanwhile, Mr. Melchior, the lead attorney for plaintiff, is serving on jury duty.

The research for the opposition brief is largely done, but it must be properly formatted and edited, and after formatting and editing it must be submitted to co-counsel, the law firm of Jerome Sapiro, Jr., and to the in-house counsel for the client, The Bank of Guam, for review. All these matters necessarily take time. And we have not mentioned the other scheduling concerns of counsel, which are considerable.

For the foregoing reasons, we respectfully request that this motion be granted.

Respectfully submitted,

Dated: May 9, 2007

By: s/Kurt W. Melchior
KURT W. MELCHIOR, ESQ.
Nossaman, Guthner, Knox & Elliott, LLP
Phone: (415) 398-3600
Facsimile: (415) 398-2438
ATTORNEY OF RECORD FOR
PLAINTIFF BANK OF GUAM

OF COUNSEL

JEROME SAPIRO, JR., ESQ.
DAVID A. SAUERS, ESQ.
The Sapiro Law Firm
Phone: (415) 771-0100
Fax: (415) 771-3142

KATRINA J. LEE, ESQ.
SOPHIE NICOLE FROELICH, ESQ.
Nossaman, Guthner, Knox &
Elliott, LLP
Phone: (415) 398-3600
Facsimile: (415) 398-2438

CERTIFICATE OF FILING

I hereby certify that on May 9, 2007, a copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to al parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kurt W. Melchior