# In the United States Court of Federal Claims

No. 07-32C

Filed: May 16, 2007

```
***********************************
                                  *
BANK OF GUAM,                     *
                                  *
          Plaintiff,              *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
          Defendant.              *
                                  *
***********************************
```

**ORDER**

Plaintiff's May 9, 2007 Unopposed Motion for An Enlargement of Time is, hereby, granted. Plaintiff shall have an additional thirty days, through June 20, 2007, to file a response to the Government's April 18, 2007 Motion to Dismiss.

**IT IS SO ORDERED**.

s/Susan G. Braden

**SUSAN G. BRADEN**

**Judge**