IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BANK OF GUAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-32C |
| | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, pursuant to Rule 6 of the Rules of the United States Court of Federal Claims, respectfully requests that the July 9, 2007 date by which our reply to plaintiff's opposition to our motion to dismiss is due, be enlarged by 10 days, to and including July 19, 2007. This is our first requested enlargement for this purpose. We consulted with plaintiff's counsel of record, who advised us that our request is not opposed.

We respectfully submit that the requested enlargement is necessary to obtain information needed to permit the Government to properly reply to plaintiff's brief. Plaintiff's brief is of considerable length, and the review and development of our reply requires consultation and coordination with the Department of the Treasury. In addition, prior to and during the period covered by this requested enlargement, our counsel of record will be engaged in other litigation matters pending before this Court, including the preparation of post-trial briefing in Astoria Federal v. United States, No. 95-468, and before the Court of International Trade, in Dorbest Limited, et. al v. United States, No. 05-0003.

For the foregoing reasons, we respectfully request that this motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by: s/ Kenneth M. Dintzer
JEANNE E. DAVIDSON
Director

s/Brian A. Mizoguchi
BRIAN A. MIZOGUCHI
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn.: Classification Unit 8th Flr.
1100 L Street, N.W.
Washington, D.C. 20530

Tel: 202.307.0282
Telecopier:(202) 305-7643

Dated: June 29, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 29, 2007, a copy of the foregoing "DEFENDANT"S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian A. Mizoguchi