# In the United States Court of Federal Claims

No. 07-32C
Filed: July 2, 2007

************************************
*
BANK OF GUAM, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**ORDER**

Defendant's June 29, 2007 Unopposed Motion for An Enlargement of Time is, hereby, granted. Defendant shall have an additional ten days, through July 19, 2007, to file a reply to Plaintiff's June 20, 2007 Response to the Government's April 18, 2007 Motion to Dismiss.

**IT IS SO ORDERED**.

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**