# In the United States Court of Federal Claims

**07-32C**

**Filed: November 29, 2007**

**BANK OF GUAM**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 Volume)**
**Held in San Francisco, California**
**November 19, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.