**NO: 07-32C**
**(JUDGE BRADEN)**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BANK OF GUAM**
**Plaintiff,**

**vs.**

**THE UNITED STATES**
**Defendant.**

# PLAINTIFF BANK OF GUAM'S POST-HEARING SUBMISSION AT THE REQUEST OF THE COURT

Kurt W. Melchior
NOSSAMAN, GUTHNER,
KNOX & ELLIOTT, LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
kmelchior@nossaman.com

Attorneys for Plaintiff
BANK OF GUAM

In response to the request of the Honorable Susan G. Braden, made during the November 19, 2007, hearing of the Motion to Dismiss of Defendant The United States in the above-entitled action, Plaintiff Bank of Guam hereby submits to the Court copies of the following documents, both of which were filed in a tax case in the United States District Court for the Territory of Guam, entitled "*Bank of Guam, Petitioner, vs. Director of Department of Revenue and Taxation, Respondent,*" being Case No. 01-00016 in that Court:

- VERIFIED PETITION IN TAX CASE, including Exhibits 1 through 10 thereto, filed April 24, 2001, an endorsed-filed copy of which is attached as Exhibit A; and

- ORDER [granting in part and denying in part Respondent's Partial Motion to Dismiss], filed May 14, 2002, an endorsed-filed copy of which is attached as Exhibit B.

So the Court may see those documents in context, Plaintiff Bank of Guam also hereby submits to the Court copies of the following documents, both of which were filed in that same tax case on September 12, 2003:

- STIPULATED DECISION RE SETTLEMENT, which includes the stipulation that the parties' "respective concessions . . . are limited to this proceeding and are not [to] be interpreted as concessions by either party with respect to any issue in any other proceeding or with respect to any other year." Page 3 of that stipulated decision is the order thereon.

- JUDGMENT.

In response to the additional request of the Honorable Susan G. Braden communicated by the Clerk, the Bank of Guam submits the following provisions of Guam law which require that, in order for the Bank to receive deposits from the Guam Territorial

government, the Bank must collateralize those deposits with prescribed amounts of certain securities or other instruments described therein, which include either "(a) Treasury notes or bonds of the United States, or those for which the faith and credit of the United States are pledged for the payment of principal and interest; (b) Any evidence of indebtedness of the government of Guam; (c) Investment certificates of the Federal Home Loan Bank; or (d) Such other securities as may be hereafter approved by the Director of Administration and the Governor of Guam." 5 Guam Code Annotated section 21114, amended by amended by P.L. 13-104:1, states:

> **§ 21114. Security of Deposits.**
>
> Deposits or investment certificates insured by the Federal Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation do not require further security. To be eligible to receive or retain other active or inactive deposits, an eligible bank shall place with, or to the accounts of, the government of Guam, as security for such deposits, securities of a type herein below specified, and approved by the Director of Administration, in an amount in value at least ten percent in excess of the amount of monies deposited with the bank:
>
> (a) Treasury notes or bonds of the United States, or those for which the faith and credit of the United States are pledged for the payment of principal and in interest;
>
> (b) Any evidence of indebtedness of the government of Guam;
>
> (c) Investment certificates of the Federal Home Loan Bank;
>
> (d) Such other securities as may be hereafter approved by the Director of Administration and the Governor of Guam.

Respectfully submitted,

Dated: November 30, 2007

/s/ Kurt W. Melchior
Kurt W. Melchior
Attorney of Record for Plaintiff
BANK OF GUAM