# In the United States Court of Federal Claims

No. 07-32C

Filed: December 4, 2007

```
***********************************
                                  *
BANK OF GUAM,                     *
                                  *
          Plaintiff,              *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
          Defendant.              *
                                  *
***********************************
```

**ORDER**

Pursuant to Rule of the Court of Federal Claims 40.1(b), the Clerk of the United States Court of Federal Claims will transfer *Bank of Guam* v. *United States*, No. 7-32C to the Honorable Christine O.C. Miller.

**IT IS SO ORDERED**.

s/Susan G. Braden

**SUSAN G. BRADEN**
**Judge**