IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BANK OF GUAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-32C |
| | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, pursuant to Rule 6 of the Rules of the United States Court of Federal Claims, respectfully requests that the December 17, 2007 date by which the Court, on December 7, 2007, ordered that we file certain supplemental briefing, be enlarged by 31 days, to and including January 17, 2008. This is our first enlargement request for this purpose. We consulted with plaintiff's counsel of record, who advised us that our request is not opposed, provided that the request is acceptable to the Court and that plaintiff will continue to receive a three-week period to respond to our brief.

Good cause exists for this request. Defendant's counsel of record is fully engaged by other matters pending before the Court, particularly the trial currently proceeding in Holland, Ross and First Banks v. United States, No. 95-524. We anticipate that defendant's counsel will prepare and argue a Rule 52(c) motion on December 17, 2007, and, if that motion is not granted immediately, will begin the examination of defendant witnesses scheduled to appear on December 17 and 19, 2007. Defendant's counsel also is responsible for the examination of witnesses thereafter, with the last such witness scheduled to appear on January 7, 2008. Accordingly, we have set the period of this enlargement request to allow for the 10 days

contemplated by the Court's December 7, 2007 order - but with the 10 days to begin running from January 7, 2008. In addition, defendant's counsel has been and will be occupied by other pre-existing matters, including the December 10, 2007 filing of a response to the court's questions in Dorbest et al. v. United States, Court Consol. No. 05-0003 (Ct. Int'l Trade); and a multi-party joint status report due December 14, 2007, concerning a bid protest pending in Jacobs Technology Inc. v. United States, No. 07-674 (Ct. Fed. Cl.).

Plaintiff's counsel, in consenting to our motion, requested that its due date be reset to three weeks after our due date, consistent with the Court's December 7, 2007 order. Based upon the January 17, 2008 due date we request, plaintiff's due date would be February 7, 2008.

For the foregoing reasons, we respectfully request that this motion be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Deputy Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Brian A. Mizoguchi
BRIAN A. MIZOGUCHI
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn.: Classification Unit 8th Flr.
1100 L Street, N.W.
Washington, D.C. 20530

Tel: 202.307.0282
Telecopier:(202) 305-7643

Dated: December 10, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 10, 2007, a copy of the foregoing "DEFENDANT"S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian A. Mizoguchi