**NO: 07-32C**

**(JUDGE BRADEN)**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BANK OF GUAM**

**Plaintiff,**

**vs.**

**THE UNITED STATES**

**Defendant.**

# PLAINTIFF BANK OF GUAM'S NON-OPPOSITION TO DEFENDANT'S MOTION TO ENLARGE TIME

Kurt W. Melchior
NOSSAMAN, GUTHNER,
KNOX & ELLIOTT, LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
kmelchior@nossaman.com

Attorneys for Plaintiff
BANK OF GUAM

Plaintiff does not oppose the motion to enlarge time filed December 10, 2007, provided that plaintiff's time to respond thereto will be extended to February 7, 2008, as defendant has requested.

Respectfully submitted,

Dated: December 11, 2007

/s/ Kurt W. Melchior
Kurt W. Melchior
Attorney of Record for Plaintiff
BANK OF GUAM