Rule 51(e)

LAW OFFICES
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

50 CALIFORNIA STREET, THIRTY-FOURTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-4799
(415) 398-3600 TEL (415) 398-2438 FAX
www.nossaman.com

KURT W. MELCHIOR
(415) 438-7279 Direct
kmelchior@nossaman.com

rec'd Chambers 12/12/07 S87

REFER TO FILE #
270807-0002

December 6, 2007

The Honorable Christine O.C. Miller
United States Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

**Re: Bank of Guam v. United States**
**Case No. 07-32 C**

Dear Judge Miller:

I am writing to inquire about the Court's plans with respect to the pending motion to dismiss this action under Rule 12. As Your Honor may be aware, that motion was argued before Judge Susan Braden of this Court last month. From events at the time of the argument, plaintiff was concerned that Judge Braden might not be impartial and contacted the Judge's clerk to advise that a motion for her recusal would be forthcoming. Thereupon, Judge Braden reassigned the matter to Your Honor pursuant to Rule 40.1(b) of the Rules of this Court. We note that, if the reassignment had been made after a formal recusal, it would have been made at random rather than by Judge Braden. Rule 40.1(a).

In light of the circumstances of this reassignment, plaintiff respectfully requests that Your Honor set the matter for re-argument, rather than decide it on the record made before Judge Braden. If this is acceptable to Your Honor, we suggest that a scheduling conference be held by telephone.

We thank Your Honor for your consideration of this request and look forward to appearing before you.

Respectfully submitted,

Kurt Melchior /KWM

Kurt W. Melchior
of NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

KWM:dkp

cc: Brian A. Mizoguchi, Esq.
cc: Jerome Sapiro, Jr., Esq.
cc: David Sauers, Esq.

221035_1.doc

EXHIBIT A