**NO: 07-32C**

**(JUDGE C. MILLER)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BANK OF GUAM**

**Plaintiff,**

**vs.**

**THE UNITED STATES**

**Defendant.**

---

# MOTION FOR FURTHER ARGUMENT ON MOTION TO DISMISS

---

Kurt W. Melchior
NOSSAMAN, GUTHNER,
KNOX & ELLIOTT, LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
kmelchior@nossaman.com

Attorneys for Plaintiff
BANK OF GUAM

Plaintiff respectfully moves that the Court allow further argument on the pending motion to dismiss. The grounds for this motion are stated in the following paragraphs.

This action was filed in January, 2007. In due course, the defendant United States filed a motion to dismiss the action for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the rules of this Court. Plaintiff filed an opposition brief; defendant filed a response brief; and argument was held before another Judge of this Court.

Due to circumstances which do not bear on the disposition of this matter at this time or going forward and thus do not require discussion, the previously assigned Judge eventually reassigned this case to Judge Christine O. C. Miller pursuant to Rule 40.1(b) of the rules of this Court. Judge Miller then ordered on December 7, 2007, further briefing on a subject encompassed within the pending motion, which subject as noted by this Court in its Order (Document 20), was claimed by the defendant to be a "core issue" in this litigation.

The parties have now completed the briefing of this "core issue" as ordered by the Court. That material has been developed far more extensively as the result of the supplemental briefing and had been only peripherally referred to at the previous oral argument of the motion before a different Judge of this Court.

Plaintiff believes that further argument on the pending motion to dismiss would be of benefit to the Court, particularly in light of the extensive additional briefing on this "core issue."

Moreover, as the Court will see from the transcript of the hearing, plaintiff was not permitted to present a full explication of its responses to defendant's arguments on issues raised by the motion, i.e., matters not dealt with in the supplemental briefing. Indeed, plaintiff's attorney of record was not able to appear at that hearing because he was recovering from surgery at a rehabilitation facility at that time. Plaintiff believes that the record of the arguments presented at the hearing will do little to assist the Court in ruling on the pending motion. Therefore, plaintiff respectfully suggests that re-argument of all of the issues raised by the motion to dismiss would be of assistance to the Court in reaching its decision on that possibly determinative motion.

Plaintiff understands that if this motion is granted, the Court may schedule further argument at its courtroom in Washington, D.C. Plaintiff is prepared to attend the argument at that place.

Plaintiff had previously suggested further oral argument by writing a letter to that effect to the Court, with copy to opposing counsel. That letter was caused by counsel's misunderstanding. Counsel has been accustomed to deal with relatively routine calendar matters through correspondence of that nature with courts, including Federal courts, and did not appreciate that such communications are not accepted in this Court. (The letter, dated December 6, 2007, has been returned to plaintiff's counsel.)

WHEREFORE, plaintiff respectfully requests that this Court grant its motion to allow further argument on the pending motion to dismiss for failure to state a claim upon which relief can be granted. While plaintiff would prefer to reargue all matters encompassed in this motion, it welcomes direction from the Court as to whether the argument, if permitted, should be limited to the matters involved in the supplemental briefing or whether the argument may cover all matters raised by the motion.

Respectfully submitted,

Dated: February 14, 2008

/s/ Kurt W. Melchior
Kurt W. Melchior
Attorney of Record for Plaintiff
BANK OF GUAM