# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**BANK OF GUAM,** *

Plaintiff, *

v. * No. 07-32C

**THE UNITED STATES,** * (Filed Feb. 15, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to RCFC 7.2(a), plaintiff's Motion for Further Argument on Motion To Dismiss filed on February 14, 2008, shall be expedited. Accordingly,

**IT IS ORDERED**, as follows:

1. Defendant shall file a response by February 20, 2008.

2. The court will rule without further briefing.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge