# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**BANK OF GUAM,** *

Plaintiff, *

v. * No. 07-32C

**THE UNITED STATES,** * (Filed Feb. 21, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff on February 14, 2008, filed its Motion for Further Argument on Motion To Dismiss. Pursuant to an order entered on February 15, 2008, defendant responded on February 20, 2008.

The court views oral argument as an opportunity for the parties to respond to each other's arguments, to their responses to questions from the bench, and to questions from the bench. Defendant otherwise reasonably responds to plaintiff's motion insofar as defendant objects to reargument of issues that were raised in the briefs. Although the court appreciates plaintiff's desire to have its lead counsel, who was unable to argue before the prior judge, present oral argument on all the issues raised by defendant's motion, argument cannot be ordered on that ground alone. After the case was reassigned by transfer, the undersigned raised an issue based on the contents of an order entered by the federal district court that had not been made part of the record, the contents of which the parties' briefing before oral argument had either presumed or overlooked. The supplemental briefing has proved sufficient to resolve that issue against defendant. If the court were ruling against plaintiff on this issue, the court would hold another argument. The parties have been heard on all the issues that were briefed before the case was reassigned. Accordingly,

**IT IS ORDERED**, as follows:

Plaintiff's motion for further oral argument is denied. An opinion shall enter in due course.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge