# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **BANK OF GUAM,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-32C |
| **THE UNITED STATES,** | * | (Filed Mar. 25, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff on March 24, 2008, having filed Plaintiff's Motion for Reconsideration, and Memorandum in Support Thereof of the opinion issued on March 12, 2008,

**IT IS ORDERED**, as follows:

Pursuant to RCFC 59(b), defendant shall file its response by April 10, 2008.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge