# In the United States Court of Federal Claims

**No. 07-32 C**

**BANK OF GUAM,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Memorandum Opinion and Order, filed March 12, 2008, granting Defendant's motion to dismiss pursuant to RCFC 12(b)(1) with respect to all tax years prior to 2001 and the fourth count of plaintiff's complaint, and granting Defendant's motion to dismiss pursuant to RCFC 12(b)(6) with respect to the first, second and third counts of plaintiff's complaint,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed as to all tax years prior to 2001 and as to plaintiff's claim for declaratory relief (the fourth count), without prejudice for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED AND ADJUDGED that the complaint is dismissed as to all claims for breach of contract and reformation (the first, second, and third counts).

John S. Buckley
Acting Clerk of Court

**March 25, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.