NO. 07-32C
(JUDGE C. MILLER)

BANK OF GUAM,
Plaintiff,

vs.

THE UNITED STATES,
Defendant.

**NOTICE OF INTENTION TO FILE REPLY BRIEF**

Kurt W. Melchior
NOSSAMAN, GUTHNER, KNOX &
ELLIOTT, LLP
50 California Street, Thirty-Fourth Floor
San Francisco, California 94111-4707
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
kmelchior@nossaman.com

Attorneys for Plaintiff
BANK OF GUAM

# NOTICE OF INTENTION TO FILE REPLY BRIEF

Plaintiff, the Bank of Guam, is in receipt of defendant's Response to the Bank's Motion for Reconsideration, Document 35, filed April 10, 2008.

Rule 5.2(a)(3) of this Court's Rules states: "A reply brief or memorandum shall conform to the requirements of subdivision (a)(2)"; but the Bank has found nothing in this Court's Rules specific which specifically states that a reply brief may or may not be filed after a response brief has been filed. This Court's Order, Document 34, addresses the time when defendant may file a response brief but does not say that a reply brief may or may not be filed.

Plaintiff's research has located the case *MVM, Inc. v. United States*, 46 Fed. Cl. 126, 129 (1999), in which the court states that "the parties had agreed to waive their rights to file reply briefs." This language implies a right to file a reply brief. Other than that, we have found only a reference in a practice guide. *California Practice Guide, Federal Civil Procedure Before Trial*, by Judges William Schwarzer and Wallace Tashima and Attorney James Wagstaffe (The Rutter Group, 2008), states at section 12:106: "Local rules generally permit the moving party to file a reply brief in order to respond to the opposition or counter-motion. [See CD CA Rule 7-10; ND CA Rule 7-3(c); ED CA Rule 230(d), (e); SD CA Rule 7.1(e)(3), (h).]"

It thus appears that under this Court's Rule 5.2(a)(3), and by implication from this Court's *MVM* case, plaintiff has the right to file a reply brief. This document is a notice of plaintiff's intention to exercise that right. Since no time limit has been indicated for the filin g of such brief, plaintiff will file that brief within five court days from the date of this notice.

Dated: April 14, 2008

Respectfully submitted.

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By: /s/ Kurt W. Melchior
Kurt W. Melchior
Attorneys for Plaintiff
BANK OF GUAM