NO. 07-32C
(JUDGE C. MILLER)

BANK OF GUAM,
Plaintiff,

vs.

THE UNITED STATES,
Defendant.

# MOTION TO AMEND OR CORRECT FILING

Kurt W. Melchior
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
50 California Street, Thirty-Fourth Floor
San Francisco, California 94111-4707
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
kmelchior@nossaman.com

Attorneys for Plaintiff
BANK OF GUAM

# MOTION TO AMEND OR CORRECT FILING

Plaintiff respectfully moves the Court to amend or correct its filing of April 18, 2008, Document 37, entitled "Motion for Leave to File Reply Brief and Plaintiff's Reply Brief on Motion for Reconsideration."

The only purpose of this motion is to supply a complete copy of Document 37 to the Court. When the undersigned reviewed the copy of Document 37 "as filed," meaning that it included the Header "Case 1:07-cv-00032-CCM Document 37 Filed 04/18/02008 Page 1 of 111," he noticed that pages 12 and 13 of the Reply Brief were not included in the document as returned by the Court. Thus, evidently, the document scanned improperly and pages 12 and 13 were missing. (Pages 12 and 13 were in the document as prepared and signed by this writer.) We have therefore made a page count and determined that the actual number of pages which was submitted to the Court for filing was 119 pages, not 111 pages as reported. Inspection indicates that pages BPD 0101 and BPD 0105 of Exhibit 6 to the attachment, page BPD 012 of Exhibit 10, page BPD 0466 of Exhibit 11, page BPD 0463 of Exhibit 12 and page BPD 0553 of Exhibit 14 of the attachment as originally assembled were not properly copied and filed.

As the attorney of record, the undersigned is responsible for the proper filing of documents which bear his signature, as Document 37 did. He had not heretofore considered it necessary to physically check documents which he had reviewed, signed, and approved for filing in order to assure that they were actually filed as he had directed; but his failure to do so in this instance led to this error, and he must take the responsibility for the defect.

In light of the foregoing, plaintiff respectfully requests leave of this Court to file an amended and corrected Document 37. The attachment consists of the entire set of the correct Document 37, which includes all of the missing pages in their proper order.

///

///

///

With profound apologies for any inconvenience which this mechanical defect may have caused, plaintiff respectfully requests that this motion be allowed and that the amended and corrected filing be accepted, nunc pro tunc as of April 18, 2008.

Dated: April 23 2008

Respectfully submitted.

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By: /s/ Kurt W. Melchior
Kurt W. Melchior
Attorneys for Plaintiff
BANK OF GUAM