# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **BANK OF GUAM,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-32C |
| **THE UNITED STATES,** | * | (Filed Apr. 30, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff on April 18, 2008, filed its Motion for Leave To File Reply Brief and Plaintiff's Reply Brief on Motion for Reconsideration; on April 23, 2008, plaintiff filed its Motion To Amend or Correct Filing to replace missing pages. Pursuant to RCFC 7.2(a),

**IT IS ORDERED**, as follows:

Both plaintiff's motions are granted, and plaintiff's corrected reply brief is filed by leave this date.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge