# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **BANK OF GUAM,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-32C |
| **THE UNITED STATES,** | * | (Filed May 8, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant on May 6, 2008, filed its Motion for Leave To File A Surreply and Surreply to Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Reconsideration. Pursuant to RCFC 7.2(a),

**IT IS ORDERED**, as follows:

Defendant's motion is granted, and defendant's surreply brief is filed by leave this date.

s/ Christine O.C. Miller
________________________________
**Christine Odell Cook Miller**
Judge