068107

ORIGINAL

FILED
MAY 16 2008
U.S. COURT OF FEDERAL CLAIMS

NO. 07-32C
(JUDGE C. MILLER)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BANK OF GUAM,
Plaintiff,

vs.

THE UNITED STATES,
Defendant.

# NOTICE OF APPEAL

Kurt W. Melchior
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
50 California Street, Thirty-Fourth Floor
San Francisco, California 94111-4707
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
kmelchior@nossaman.com

Attorneys for Plaintiff
BANK OF GUAM

TO THE HONORABLE CHRISTINE MILLER, JUDGE OF THIS COURT, AND TO THE DEFENDANT in the above entitled action:

PLEASE TAKE NOTICE that plaintiff, the Bank of Guam, hereby appeals to the United States Court of Appeals for the Federal Circuit from each of the following Orders and Judgments:

1. Judgment, entered March 25, 2008;

2. Order on Plaintiff's Motion for Reconsideration, Denying said Motion, filed May 9, 2008; and

3. Memorandum, Opinion and Order Granting Defendant's Motion to Dismiss, entered May 9, 2008, purportedly issued *nunc pro tunc* as of March 12, 2008.

Dated: May 15, 2008

Respectfully submitted,

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By: ______________________
Kurt W. Melchior
Attorneys for Plaintiff
BANK OF GUAM